**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ALFREDO BECERRA-PAREDES,

       Petitioner,

vs.                                         No. CIV 26-0549 JB/DLM

KRISTI NOEM, PAM BONDI,
TODD M. LYONS, MARY DE ANDA
YBARRA, and GEORGE DEDOS,

       Respondents.

## <u>MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION</u>

    **THIS MATTER** is before the Court on: (i) the Petitioner Alfredo Becerra-Paredes's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed February 24, 2026 (Doc. 1)("Petition"); and (ii) the Proposed Findings and Recommended Disposition, filed May 11, 2026 (Doc. 10)("PFRD"). On February 25, 2026, the Court referred this matter to the Honorable Damian Martínez, United States Magistrate Judge for the United State District Court for the District of New Mexico, to "conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case." <u>See</u> Order of Reference Relating to Immigration Habeas Corpus Proceedings, filed February 25, 2026 (Doc. 5).

    In the PFRD, Judge Martínez recommends granting the Petitioner's Petition. <u>See</u> PFRD at 16-17. The PFRD also notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. <u>See</u> PFRD at 17. The Respondents file Objections to the PFRD. <u>See</u> Respondents' Objections to the Proposed Findings and Recommended Disposition, filed May 26, 2026 (Doc. 11)("Objections"). Based on the Court's de novo determination of the issues Respondents raise in their Objections and after reviewing de novo

the relevant law, the Court adopts the PFRD.

## ANALYSIS

The Court has reviewed carefully the PFRD.  Based on the Court's de novo determination of the issues Respondents raise in their Objections, and after reviewing de novo the relevant law, the Court adopts the PFRD.  The Respondents' argument in their Objections relies on the premise that 8 U.S.C. § 1225 may be used in the interior of the United States.  See Objections at 1-6.  The Tenth Circuit in Santillan Quiroz v. Mullin, No. 26-6019, 2026 WL 1876709 (10th Cir. June 30, 2026), rejects this argument, holding that aliens in a similar situation as Petitioner -- detained in the interior of the United States -- are subject to § 1226 rather than § 1225.  See 2026 WL 1876709, at *8.  Accordingly, the Court adopts the PFRD.

**IT IS ORDERED** that: (i) Respondents' Objections to the Proposed Findings and Recommended Disposition, filed May 26, 2026 (Doc. 11), are overruled; (ii) the Proposed Findings and Recommended Disposition, filed May 11, 2026 (Doc. 10), are adopted; (iii)  the Petitioner Alfredo Becerra-Paredes's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed February 24, 2026 (Doc. 1), is granted in part; (iv) the Respondents shall provide Petitioner with a bond hearing before a neutral Immigration Judge within seven days of entering this order, or else release the Petitioner from custody; (v) the Court will enter a separate Final Judgment.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Luis Angeles
Angeles Law LLC
Minneapolis, Minnesota

> *Attorneys for the Petitioner*

- 2 -

Todd Blanche
  Acting United States Attorney General
Ryan Ellison
  First Assistant United States Attorney
Benjamin Turner Suslavich
  Assistant United States Attorney
United States Attorney's Office
Las Cruces, New Mexico

     *Attorneys for the Respondents Kristi Noem, Pamela Bondi, Todd M. Lyons, and Mary De Anda Ybarra*

George Dedos

     *Defendant pro se*