**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ALFREDO BECERRA-PAREDES,

Petitioner,

vs. No. CIV 26-0549 JB/DLM

KRISTI NOEM, PAM BONDI,
TODD M. LYONS, MARY DE ANDA
YBARRA, and GEORGE DEDOS,

Respondents.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings And Recommended Disposition, filed August 4, 2026 (Doc. 12)("MOO"). In the MOO, the Court orders the Respondents to provide the Petitioner with a bond hearing before a neutral Immigration Judge within seven days of entering the order, or else release the Petitioner from custody. See MOO at 2. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case.

**IT IS ORDERED** that: (i) the Petitioner Alfredo Becerra-Paredes's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed February 24, 2026 (Doc. 1), is granted in part; (ii) the Respondents shall provide the Petitioner with a bond hearing before a neutral Immigration Judge within seven days of the MOO's filing, or release the Petitioner from custody; and (iii) Final Judgment is entered.

James O. Browning
UNITED STATES DISTRICT JUDGE

*Counsel:*

Luis Angeles
Angeles Law LLC
Minneapolis, Minnesota

*Attorneys for the Petitioner*

Todd Blanche
Acting United States Attorney General
Ryan Ellison
First Assistant United States Attorney
Benjamin Turner Suslavich
Assistant United States Attorney
United States Attorney's Office
Las Cruces, New Mexico

*Attorneys for Respondents Kristi Noem, Pamela Bondi, Todd M. Lyons, and Mary De Anda Ybarra*

George Dedos
Milan, New Mexico

*Defendant pro se*